1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  | JOSE MURILLO-ESPARZA,

12  |         Plaintiff,

13  |    v.

14  | BAR 20 DAIRY FARMS LLC,

15  |         Defendant.

16

Case No.  1:24-cv-01354-SAB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 2)

17   Jose Murillo-Esparza ("Plaintiff"), proceeding *pro se*, initiated this civil action on

18 November 6, 2024.  (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an

19 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  The Court

20 finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

21 Notwithstanding this order, the Court does not direct that service be undertaken until the Court

22 screens the complaint in due course and issues its screening order.

23 / / /

24 / / /

25 / / /

26 / / /

27  / / /

28 / / /

1

1    Accordingly, IT IS HEREBY ORDERED THAT:

2        1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

3              and

4        2.    Service shall not be undertaken until the Court screens the complaint in due

5              course and issues its screening order.

6

7    IT IS SO ORDERED.

8    Dated:    **November 7, 2024**

                                              STANLEY A. BOONE
9                                             United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28