1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11  JOSE MURILLO-ESPARZA,

12          Plaintiff,

13      v.

14  BAR 20 DAIRY FARMS LLC,

15          Defendant.

16

Case No. 1:24-cv-01354-SAB

ORDER VACATING FINDINGS AND
RECOMMENDATIONS AND GRANTING
PLAINTIFF A THIRTY DAY EXTENSION
OF TIME TO FILE A FIRST AMENDED
COMPLAINT

(ECF Nos. 6, 7)

17      Jose Murillo-Esparza ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this

18  action on November 6, 2024 against Defendant Bar 20 Dairy Farms LLC.  On  November 13,

19  2024, a screening order issued finding Plaintiff had failed to state any cognizable claims and

20  granting Plaintiff leave to file a first amended complaint within thirty days.  (ECF No. 4.)  In the

21  November 13, 2024 order, Plaintiff was advised that if he failed to file an amended complaint, it

22  would be recommended that this action be dismissed for the reasons stated in the order.  (Id. at

23  7.)  More than thirty days passed, and Plaintiff did not file an amended complaint or otherwise

24  respond to the screening order.  Accordingly, findings and recommendations to dismiss the

25  action for failure to state a cognizable claim, failure to prosecute, and failure to obey the Court's

26  order to file an amended complaint were issued on December 18, 2024.  (ECF No. 6.)  The

27  findings and recommendations were served on Plaintiff and contained notice that objections were

28  due within fourteen days.  (Id.)

1

1    On December 18, 2024, Plaintiff filed a request for an extension on his case because he

2  has not found anyone to complete the paperwork the Court forwarded him and has no funds to

3  hire an attorney.  (ECF No. 7.)  Plaintiff fails to request a specified extension of time.  The Court

4  construes the filing as a motion for extension of time to file a first amended complaint pursuant

5  to the November 13, 2024 screening order.

6    In light of the fact that Plaintiff has responded to the findings and recommendations and

7  expressed his intent to litigate this action, the Court will vacate the findings and

8  recommendations recommending dismissal of the action for failure to state a cognizable claim,

9  failure to prosecute, and failure to obey the Court's order to file an amended complaint.

10    The Court will also grant Plaintiff additional time to file a first amended complaint.

11  However, the Court will not provide an open extension of time.  The Court finds good cause to

12  grant Plaintiff an additional thirty-days to file his first amended complaint.

13    Based on the foregoing, it is HEREBY ORDERED that:

14    1.    The findings and recommendations issued on December 18, 2024 (ECF No. 6),

15          are VACATED;

16    2.    Plaintiff is granted **thirty (30) days from the date of service of this order** to file

17          a first amended complaint; and

18    3.    Failure to comply with this order will result in a recommendation to dismiss the

19          action for failure to prosecute and failure to comply with a court order.

20

21  IT IS SO ORDERED.

22  Dated:   **December 20, 2024**

          _____
          STANLEY A. BOONE
23        United States Magistrate Judge

24

25

26

27

28