# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURILLO-ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>BAR 20 DAIRY FARMS, LLC,<br><br>Defendant. | Case No. 1:24-cv-01354-KES-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8)<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this wrongful termination and discrimination action. On November 11, 2024, the Court screened Plaintiff's complaint and found that it failed to state a claim for which relief could be granted and gave Plaintiff 30 days to file an amended complaint. (ECF No. 4.) Plaintiff failed to timely file an amended complaint or otherwise respond to the Court's order. The Court then issued findings and recommendations, recommending the case be dismissed for Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order. (ECF No. 6.) Immediately thereafter, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 7.) The Court accepted Plaintiff's motion as intent to continuing litigating this matter and vacated its findings and recommendations. (ECF No. 8.) In addition, the Court granted Plaintiff an additional 30-day extension to file a first amended complaint. (Id.) Plaintiff has again failed to file an amended complaint or otherwise respond to the Court's December 20, 2024 order.

Accordingly, Plaintiff shall be ordered to show cause in writing why the action should

not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

It is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order will result in a recommendation to dismiss this action for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __**January 27, 2025**__

STANLEY A. BOONE
United States Magistrate Judge