# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURILLO-ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>BAR 20 DAIRY FARMS LLC,<br><br>Defendant. | Case No. 1:24-cv-01354-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT<br><br>**THIRTY-DAY DEADLINE** |

On November 6, 2024, Plaintiff, who is proceeding *pro se*, commenced this action potentially raising employment discrimination claims under Title VII. (ECF No. 1.) On November 13, 2024, the Court screened the complaint, pursuant to 28 U.S.C. § 1915, and found that it failed to state a claim for which relief could be granted. (ECF No. 4.) The Court explained the deficiencies in the complaint and directed Plaintiff to file an amended complaint within 30 days of receiving the Court's order. (Id.) Plaintiff failed to file an amended complaint or anything otherwise, and on December 18, 2024, the Court issued findings and recommendations recommending that a district judge dismiss this action for failure to state a claim, failure to comply with a court order, and failure to prosecute. (ECF No. 6.) On December 18, 2024, Plaintiff filed a motion for an extension of time to comply with the Court's order, and the Court vacated its findings and recommendations. (ECF Nos. 7, 8.) The Court gave Plaintiff an additional 30 days to file an amended complaint. (ECF No. 8.) Plaintiff failed to file an amended complaint or anything otherwise.

1        On January 27, 2025, the Court issued an order to show cause directing Plaintiff to show 2 cause in writing why this action should not be dismissed for failure to comply with a court order 3 and failure to prosecute. (ECF No. 9.) On February 10, 2025, Plaintiff timely filed a response to 4 the order to show cause, indicating that he has been unable to secure an attorney and asking 5 whether the Court knew of any resources. (ECF No. 10.)

6        The Court finds that Plaintiff has adequately responded, to the best of his ability, to the 7 order to show cause. Therefore, the Court will discharge the January 27, 2025 order to show 8 cause. (ECF No. 9.)

9        Regarding Plaintiff's request, the Court cannot advise Plaintiff on "next steps" or on how 10 to prosecute his case. That said, the Court notes for Plaintiff that the District Court has a 11 webpage for "Representing Yourself (Pro Se Litigant)," available on the Court's website: 12 https://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/representing-yourself-pro-se-13 litigant/.

14        With the foregoing in mind, the Court explains for a final time what is required of 15 Plaintiff. As it stands, Plaintiff's complaint has been dismissed because it failed to state a claim 16 for which relief could be granted under the federal pleading standards. (ECF No. 4.) In its 17 November 13, 2024 order, the Court explained how the complaint was deficient and included an 18 amended complaint form. (Id.) The Court gave Plaintiff 30 days to file an amended complaint. 19 (Id.) To date, Plaintiff has failed to file an amended complaint. This has caused the Court to 20 issue and vacate a findings and recommendations, as well as issue an order to show cause in 21 order to assess whether Plaintiff intends to prosecute his case—*i.e.*, file an amended complaint. 22 (ECF Nos. 6, 8, 9.) While the Court is mindful that Plaintiff is proceeding *pro se*, Plaintiff may 23 not lag in prosecuting his case in the name of searching for an attorney. Plaintiff, with or without 24 an attorney, must file an amended complaint within 30 days of service of this order. Given the 25 neglect by Plaintiff to follow two court orders (ECF Nos. 4, 8), should Plaintiff fail to file an 26 amended complaint by the deadline, the Court will issue—without further notice to Plaintiff— 27 findings and recommendations recommending that the district judge dismiss Plaintiff's case, 28 without prejudice, for failure to state a claim, failure to comply with a court order, and/or failure

to prosecute.

Accordingly, the Court HEREBY ORDERS:

1. The January 27, 2025 order to show cause is DISCHARGED (ECF No. 9);

2. Plaintiff shall have **30 days** from service of this order to file an amended complaint curing the deficiencies identified by the Court;

3. The first amended complaint, including attachments, shall not exceed 25 pages in length;

4. The Clerk of the Court shall send Plaintiff a civil rights complaint form and a copy of the Court's November 13, 2024 order screening the complaint (ECF No. 4); and

5. **Should Plaintiff fail to file an amended complaint or otherwise fail to comply with this order, the Court will—without further notice to Plaintiff—issue a recommendation to dismiss this action, without prejudice, for failure to state a claim for relief, failure to prosecute, and/or failure to comply with a court order.**

IT IS SO ORDERED.

Dated: **February 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3