**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MURILLO-ESPARZA, | Case No. 1:24-cv-01354 KES SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING AMENDED COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| BAR 20 DAIRY FARMS, LLC, | |
| Defendant. | Doc. 14 |

Jose Murillo-Esparza is proceeding pro se and in forma pauperis in this civil action against his former employer, Bar 20 Dairy Farms.  Doc. 13.  The magistrate judge screened Plaintiff's amended complaint pursuant 28 U.S.C. § 1915(e)(2) and found he failed to state a cognizable claim.  Doc. 14 at 2-4.  The magistrate judge found the complaint did not include sufficient factual details for the Court to infer the defendant was liable for any misconduct.  *Id.* at 4.  The magistrate judge explained, "Plaintiff does not state any specific action that the entity Defendant took relating to the alleged wrongful termination, violation of unspecified labor laws, or other misconduct."  *Id.*  The magistrate judge also found Plaintiff failed to sufficiently allege the Court has jurisdiction.  *Id.* at 5.  The magistrate judge recommended that further leave to amend be denied, and the action be dismissed without prejudice.  *Id.* at 6-7.

On April 18, 2025, Plaintiff filed timely objections to the findings and recommendations. Plaintiff adds new information for the Court for the first time in his objections and attaches

1

exhibits that include a "Determination and Notice of Rights" from the U.S. Equal Employment Opportunity Commission, "Notice to Complainant and Respondent" regarding the right to sue in state court, and his termination form from Bar 20 Dairy.  Doc. 15.  The additional allegations are insufficient for the Court to find that Plaintiff states a claim under federal law.  For example, while Plaintiff asserts that he was mistreated by another employee of the defendant, the allegations do not support a conclusion that he suffered disparate treatment because of his status as a protected class member or suffered from a hostile work environment.  *Compare with Davis v. Team Elec. Co.*, 520 F.3d 1080, 1089 (9th Cir. 2008) (identifying elements of a disparate treatment claim); *Harris v. City of Fresno*, 625 F. Supp. 2d 983, 1013 (E.D. Cal. 2009) (naming elements of a hostile workplace claim).  Plaintiff does not show any error by the magistrate judge in his analysis.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations to be supported by the record and by proper analysis.  The Court previously provided the applicable legal standards in its initial screening, and Plaintiff continues to not allege sufficient information to support a cognizable claim with his objections.  Thus, the Court finds that further leave to amend is not warranted.  *See Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051-52 (9th Cir. 2003).  The Court ORDERS:

1.  The findings and recommendations (Doc. 14) filed April 11, 2025 (Doc. 14) are ADOPTED in full.

2.  The amended complaint is DISMISSED without leave to amend.

3.  The action is DISMISSED without prejudice.

4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 28, 2026

_____
UNITED STATES DISTRICT JUDGE

2